# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NUMBER: |
| V. | : | 2:22-CR-00013-WB |
| OMAR WHITE OLIVER | : | |

## ORDER

It is hereby **ORDERED** that the conditions of release relative to the above-captioned matter are modified to allow the defendant to travel to the Orlando, Florida, area for the time period including February 18, 2022, through February 21, 2022, only.

BY THE COURT:

_____
HONORABLE ELIZABETH T. HEY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NUMBER: |
| V. | : | 2:22-CR-00013-WB |
| OMAR WHITE OLIVER | : | |

### MOTION TO MODIFY CONDITIONS OF RELEASE

1. Omar White Oliver, the defendant in the above-captioned matter appeared before Your Honor for arraignment and to set the conditions of release on January 21, 2022.

2. As a condition of his release, the Court restricted his travel to the Southern District of Florida (where defendant resides with his family) and the Eastern District of Pennsylvania.

3. The defendant did not realize that Orlando, Florida, the site of Disney World, was outside of the Southern District of Florida when he rented an apartment for his family to celebrate his son's birthday this weekend (February 18, 2022, through February 21, 2022).

4. His Pretrial Services officer has no objection to the Court extending the defendant's allowable travel to include the Orlando, Florida, area for this weekend.

**WHEREFORE,** it is respectfully requested that the Court issue an order allowing the defendant to travel to the Orlando, Florida, area for this weekend (February 18, 2022, through February 21, 2022) only.

Respectfully submitted,

_____
Dennis Cogan
2000 Market Street
Suite 2803
Philadelphia, Pennsylvania 19103
(215) 545-2400
Attorney for Defendant

## CERTIFICATE OF SERVICE

This is to certify that true and correct copies of the foregoing Motion to Modify Condition of Release were filed with the Clerk of the District Court for the Eastern District of Pennsylvania and are available for viewing by the following individuals:

Mary Crawley, Esquire
United States Attorney's Office
615 Chestnut Street
Suite 1250
Philadelphia, Pennsylvania 19106

_____
Dennis Cogan
2000 Market Street
Suite 2803
Philadelphia, Pennsylvania 10103
(215) 545-2400
Attorney for Defendant