IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : CRIMINAL NO. 22-013-WB |
| **OMAR WHITE OLIVER** | : |

**ORDER**

AND NOW, this 30th day of January, 2023, upon Defendant's Motion to Modify Conditions of Release, the Motion is **GRANTED**. The defendant is permitted to travel to the Orlando, Florida area, in the Middle District of Florida, for the time period including February 16-19, 2023.

BY THE COURT:

*/s/ Wendy Beetlestone*

_____

WENDY BEETLESTONE
UNITED STATES DISTRIC JUDGE