# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | **No. 2:22-CR-00013-WB** |
| OMAR WHITE OLIVER | | |

## ORDER

**AND NOW,** this 13th day of November, 2023, upon consideration of Defendant Omar White Oliver's Motion to Compel Brady Disclosure for Sentencing (ECF No. 39), and the government's response thereto, it is **HEREBY ORDERED** that the Motion is **DENIED AS MOOT.**

BY THE COURT:

*/s/ Wendy Beetlestone*
HONORABLE WENDY BEETLESTONE